UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RIGOBERTO VALDEZ-LOPEZ, <br><br> Petitioner, <br><br> v. <br><br> TODD BLANCHE, Acting Attorney General, <br><br> Respondent. | No. 26-1625 <br><br> Agency No. A215-644-690 <br><br> ORDER |

Before: McKEOWN, TALLMAN, and MENDOZA, JR., Circuit Judges.

Petitioner seeks review of an order of the Board of Immigration Appeals ("BIA") upholding an immigration judge's ("IJ") decision denying cancellation of removal and voluntary departure, and the BIA's denial of a request to remand.

Substantial evidence supports the agency's determination that petitioner has not shown exceptional and extremely unusual hardship to his qualifying relative. *See Gonzalez-Juarez v. Bondi*, 137 F.4th 996, 1006 (9th Cir. 2025) (petitioner must show hardship "substantially beyond the ordinary hardship that would be expected when a close family member leaves the country" (citation and internal quotation marks omitted)).

The BIA did not err in concluding that petitioner waived any challenge to the IJ's denial of voluntary departure. *See Alanniz v. Barr*, 924 F.3d 1061, 1068-69

(9th Cir. 2019) (no error in BIA's waiver determination).

The BIA did not abuse its discretion in denying petitioner's request to remand. *See* 8 U.S.C. § 1229a(c)(4)(C) (in the absence of an explicit adverse credibility determination, an applicant has a rebuttable presumption of credibility on appeal); *see also Kwong v. Holder*, 671 F.3d 872, 880 (9th Cir. 2011) (motion to remand reviewed for abuse of discretion).

The motion (Docket Entry No. 16) for summary disposition is granted. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The motion to stay removal and all other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**